JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE WILSON GUZMAN,<br><br>                    Petitioner,<br><br>          vs.<br><br>RAYMOND MADDEN, Warden,<br><br>                    Respondent. | Case No.  EDCV 15-02038-RSWL (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  January 13, 2017

s/ RONALD S.W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

1